UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RANDAL LAMAR RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV425-012 |
| | ) |
| CHATHAM COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 4, to which objections have been filed. The Magistrate Judge correctly concluded that Richardson is precluded from proceeding *in forma pauperis*, pursuant to 28 U.S.C. § 1915(g). *See id.* at 2-4. Richardson's Objection does not raise any issue relevant to that determination. *See generally* doc. 8. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Doc. 4. Plaintiff's request to proceed *in forma pauperis* is **DENIED**, doc. 2, and his Complaint is **DISMISSED without prejudice**, doc. 1. *See, e.g., Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002) ("[T]he proper

procedure is for the district court to dismiss the complaint without prejudice when it denies the prisoner leave to proceed *in forma pauperis* pursuant to the three strikes provision of § 1915(g)."). The Clerk is **DIRECTED** to **CLOSE** this Case.

**SO ORDERED** this 21 day of February, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA